JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASHION NOVA, LLC<br><br>Plaintiff,<br><br>- against –<br><br>NAZ HOLDINGS, LLC<br><br>Defendant. | Case No. 2:21-cv-04742-DSF-AGR<br><br>Hon. Dale S. Fischer<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the Parties' concurrently filed Stipulation to Dismiss Action with Prejudice and Good Cause appearing, the Court hereby Orders as follows:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 26, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITH PREJUDICE